LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SAUL HEREDIA BOJORQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL JOVANI BARRAZA GARCIA, SAUL ADRIAN HEREDIA BOJORQUEZ, and DOROTEO ASUERES GARCIA,<br><br>Defendants. | Case No.: 2:19-cr-0168 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  January 16, 2020<br>Time:  10:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney James Conolly, Defendant Angel Barraza Garcia by and through Attorney Clemente Jimenez, Defendant Adrian Heredia Bojorquez by and through Attorney Todd D. Leras, and Defendant Doroteo Asueres Garcia by and through Assistant Federal Defender Mia Crager, stipulate as follows:

ORDER CONTINUING STATUS CONFERENCE

1. This matter is presently set for an initial status conference on November 7, 2019.

2. By this Stipulation, Defendants request to continue the status conference to January 16, 2020, and to exclude time between November 7, 2019, and January 16, 2020, under Local Code T4.

3. This matter involves an alleged conspiracy to distribute heroin resulting from an investigation conducted by the Federal Bureau of Investigation and the San Joaquin Metropolitan Task Force. Prosecution of the matter originated in the San Joaquin County Superior Court. It was adopted for federal prosecution based on a criminal complaint and supporting affidavit submitted to United States Magistrate Judge Kendall Newman in early September 2019. The grand jury returned an indictment on September 26, 2019.

4. Each of the three Defendants remain in pre-trial custody. Their primary language is Spanish. Each requires the assistance of a Spanish language interpreter to discuss significant legal matters. The United States has provided defense counsel with discovery in the matter. Counsel for all three Defendants desire additional time to review the charges and discovery, conduct investigation, and consult with their respective clients regarding potential defenses in this matter.

5. Counsel for all three Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Based on the above-stated findings, the ends of justice served by continuing the case

ORDER CONTINUING STATUS CONFERENCE

as requested outweigh the interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.  For the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period from November 7, 2019 to January 16, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants' request on the basis that the Court find the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

Assistant U.S. Attorney James Conolly, Attorney Clemente Jimenez on behalf of Defendant Angel Barraza Garcia, and Assistant Federal Defender Mia Crager on behalf of Defendant Doroteo Asueres Garcia have reviewed this document and authorized Todd D. Leras via email to sign it on their behalf.

DATED:  November 4, 2019

By  /s/ *Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED:  November 4, 2019

By  /s/ *Todd D. Leras for*
CLEMENTE JIMENEZ
Attorney for Defendant
ANGEL BARRAZA GARCIA

ORDER CONTINUING STATUS CONFERENCE

DATED: November 4, 2019

By */s/ Todd D. Leras for*
MIA CRAGER
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Attorney for Defendant
DOROTEO ASUERES GARCIA

DATED: November 4, 2019

By */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
SAUL BARRAZA GARCIA

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | It is hereby ordered that the status conference in this matter, scheduled for November 7, |
| 3 | 2019, is vacated.  A new status conference is scheduled for January 16, 2020, at 10:00 a.m.  The |
| 4 | |
| 5 | Court further finds, based on the representations of the parties and Defendants' request, that the |
| 6 | ends of justice served by granting the continuance outweigh the best interests of the public and |
| 7 | the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § |
| 8 | 3161(h)(7)(A), B(iv) and Local Code T-4, to allow necessary attorney preparation taking into |
| 9 | consideration the exercise of due diligence for the period from November 7, 2019, up to and |
| 10 | |
| 11 | including January 16, 2020. |
| 12 | IT IS SO ORDERED. |


# ORDER

It is hereby ordered that the status conference in this matter, scheduled for November 7, 2019, is vacated.  A new status conference is scheduled for January 16, 2020, at 10:00 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 7, 2019, up to and including January 16, 2020.

IT IS SO ORDERED.

Dated:  November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE