LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SAUL HEREDIA BOJORQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGEL JOVANI BARRAZA GARCIA, SAUL ADRIAN HEREDIA BOJORQUEZ, and DOROTEO ASUERES GARCIA,<br><br>    Defendants. | Case No.: 2:19-cr-0168 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:      August 13, 2020<br>Time:      10:00 a.m.<br>Court:     Hon. Morrison C. England, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney James Conolly, Defendant Angel Barraza Garcia by and through Attorney Clemente Jimenez, Defendant Adrian Heredia Bojorquez by and through Attorney Todd D. Leras, and Defendant Doroteo Asueres Garcia by and through Assistant Federal Defender Mia Crager, stipulate as follows:

ORDER CONTINUING STATUS
CONFERENCE

1. This matter is presently set for a status conference on August 13, 2020.
2. By this Stipulation, Defendants request to continue the status conference to October 8, 2020, and to exclude time between August 13, 2020 and October 8, 2020, under Local Code T4.
3. This matter involves an alleged conspiracy to distribute heroin resulting from an investigation conducted by the Federal Bureau of Investigation and the San Joaquin Metropolitan Task Force. Prosecution of the matter originated in the San Joaquin County Superior Court. It was adopted for federal prosecution based on a criminal complaint and supporting affidavit in early September 2019.
4. Each of the three Defendants remain in pre-trial custody. Their primary language is Spanish. Each requires the assistance of a Spanish language interpreter to discuss significant legal matters. The United States has provided defense counsel with discovery in the matter. Each defense attorney initiated review of the discovery with their respective clients and prepared to conduct defense investigation just as state and national events unfolded regarding spread the novel coronavirus designated as COVID-19.
5. On March 18, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 612, restricting access to the federal courthouses within the Eastern District of California until May 1, 2020. On April 17, 2020, the Court issued General Order 617 to extend the courthouse restrictions until June 1, 2020. General Order 618, issued on May 13, 2020, extended the courthouse restrictions indefinitely until further notice.
6. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions. A gradual easing of the

ORDER CONTINUING STATUS CONFERENCE

shelter in place order resulted in a surge of virus cases in California in early July. These events have hampered or delayed defense investigative efforts. Counsel for all three Defendants therefore desire additional time to review the charges and discovery, conduct investigation, and consult with their respective clients regarding potential defenses in this matter.

7. Counsel for all three Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8. The government does not object to the continuance.

9. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et. seq. For the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period from August 10, 2020 to October 8, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants' request on the basis that the Court find the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

10. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

///
///
///
///

ORDER CONTINUING STATUS CONFERENCE

Assistant U.S. Attorney James Conolly, Attorney Clemente Jimenez on behalf of Defendant Angel Barraza Garcia, and Assistant Federal Defender Mia Crager on behalf of Defendant Doroteo Asueres Garcia have reviewed this document and authorized Todd D. Leras via email to sign it on their behalf.

DATED:  August 10, 2020

By /s/ *Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED:  August 10, 2020

By /s/ *Todd D. Leras for*
CLEMENTE JIMENEZ
Attorney for Defendant
ANGEL BARRAZA GARCIA

DATED:  August 10, 2020

By /s/ *Todd D. Leras for*
MIA CRAGER
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Attorney for Defendant
DOROTEO ASUERES GARCIA

DATED:  August 10, 2020

By */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
SAUL BARRAZA GARCIA

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

It is hereby ordered that the status conference in this matter, scheduled for August 13, 2020, is VACATED and CONTINUED to October 8, 2020, at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 10, 2020, up to and including October 8, 2020.

IT IS SO ORDERED.

Dated: August 10, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE