LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SAUL HEREDIA BOJORQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ANGEL JOVANI BARRAZA GARCIA, SAUL ADRIAN HEREDIA BOJORQUEZ, and DOROTEO ASUERES GARCIA,<br><br>                  Defendants. | Case No.: 2:19-cr-0168 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:          October 8, 2020<br>Time:          10:00 a.m.<br>Court:          Hon. Morrison C. England, Jr. |

        The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney James Conolly, Defendant Angel Barraza Garcia by and through Attorney Clemente Jimenez, Defendant Adrian Heredia Bojorquez by and through Attorney Todd D. Leras, and Defendant Doroteo Asueres Garcia by and through Assistant Federal Defender Megan Hopkins, stipulate as follows:

ORDER CONTINUING STATUS
CONFERENCE

1. This matter is presently set for a status conference on October 8, 2020.

2. By this Stipulation, Defendants request to continue the status conference to December 10, 2020, and to exclude time between October 8, 2020 and December 10, 2020, under Local Code T4.

3. This matter involves an alleged conspiracy to distribute heroin resulting from an investigation conducted by the Federal Bureau of Investigation and the San Joaquin Metropolitan Task Force. Prosecution of the matter originated in the San Joaquin County Superior Court. It was adopted for federal prosecution based on a criminal complaint and supporting affidavit in early September 2019.

4. Each of the three Defendants remain in pre-trial custody. Their primary language is Spanish. Each requires the assistance of a Spanish language interpreter to discuss significant legal matters. The United States has provided defense counsel with discovery in the matter. Each defense attorney has initiated review of the discovery with their respective clients and prepared to conduct defense investigation. This occurred just as state and national events unfolded regarding spread of COVID-19. In addition, Assistant Federal Defender Megan Hopkins recently agreed to assist temporarily in the preparation of Defendant Asueres Garcia's defense in the place of her colleague, Assistant Federal Defender Mia Crager, who is on leave.

5. A series of General Orders issued by Chief United States District Judge Kimberly J. Mueller, including General Orders 612, 617, and 618, have resulted in restrictions to public access to federal courthouses in the Eastern District of California since March 18, 2020 and continuing to the present day.

ORDER CONTINUING STATUS
CONFERENCE

6.  On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions.  A gradual easing of the shelter in place order resulted in a surge of virus cases in California in early July. Sacramento County is currently in the process of additional reopening measures being put in place in early October 2020.  These events have hampered or delayed defense investigative efforts.  Counsel for all three Defendants therefore desire additional time to review the charges and discovery, conduct investigation, and consult with their respective clients regarding potential defenses in this matter.

7.  Counsel for all three Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8.  The government does not object to the continuance.

9.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.  For the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period from October 8, 2020 to December 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants' request on the basis that the Court find the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

ORDER CONTINUING STATUS
CONFERENCE

10. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

Assistant U.S. Attorney James Conolly, Attorney Clemente Jimenez on behalf of Defendant Angel Barraza Garcia, and Assistant Federal Defender Megan Hopkins on behalf of Defendant Doroteo Asueres Garcia have reviewed this document and authorized Todd D. Leras via email to sign it on their behalf.

DATED:  October 5, 2020

By _____/s/ Todd D. Leras for_____
JAMES CONOLLY
Assistant United States Attorney

DATED:  October 5, 2020

By _____/s/ Todd D. Leras for_____
CLEMENTE JIMENEZ
Attorney for Defendant
ANGEL BARRAZA GARCIA

DATED:  October 5, 2020

By _____/s/ Todd D. Leras for_____
MEGAN HOPKINS
Assistant Federal Defender
OFFICE OF THE FEDERAL
DEFENDER
Attorney for Defendant
DOROTEO ASUERES GARCIA

DATED:  October 5, 2020

By _____/s/ Todd D. Leras_____
TODD D. LERAS
Attorney for Defendant
SAUL BARRAZA GARCIA

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE

GOVERNMENT AND DEFENSE COUNSEL FOR ALL DEFENDANTS, IT IS HEREBY

ORDERED THAT the status conference in this matter, scheduled for October 8, 2020, is

vacated.  A new status conference is scheduled for December 10, 2020, at 10:00 a.m.  The Court

further finds, based on the representations of the parties and Defendants' request, that the ends of

justice served by granting the continuance outweigh the best interests of the public and the

Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(A), B(iv) and Local Code T-4, to allow necessary attorney preparation taking into

consideration the exercise of due diligence for the period from October 8, 2020, up to and

including December 10, 2020.

   IT IS SO ORDERED.


Dated:  October 6, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS
CONFERENCE