CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Angel Barraza-Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANGEL BARRAZA-GARCIA, et al.,<br><br>　　　　Defendants | Case No.: 2:19-CR-168 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:　July 22, 2021<br>Time:　10:00 a.m.<br>Court:　Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, counsel for plaintiff United States of America, and attorney Clemente M. Jiménez, counsel for defendant Angel Barraza-Garcia, that the status conference currently scheduled for July 22, 2021, at 10:00 a.m., be vacated and the matter continued to this court's criminal calendar on September 9, 2021, at 10:00 a.m.  Defense counsel will require additional time to confer with Mr. Barraza-Garcia and conduct further investigation, as necessary.  The government and counsel for co-defendants Doroteo Asueras Garcia and Saul Barraza Garcia have previously submitted a proposed stipulation requesting a status conference date of September 9, 2021 (ECF Document 58).

　　　　IT IS FURTHER STIPULATED the Court find and order that 1) time from the date of the parties' stipulation, July 20, 2021, to and including the September 9, 2021, status date shall be excluded from computation of time within which the trial of this case

must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served in granting the request outweigh the best interests of the public and the defendant to a speedy trial.

                                                                   Phillip Talbert
                                                                   Acting United States Attorney

DATED:    July 20, 2021    By:    */s/ James Conolly*
                                                                   By JAMES CONOLLY
                                                                   Assistant United States Attorney
                                                                   Attorney for Plaintiff
                                                                   United States of America

DATED:    July 20, 2021    */s/ Clemente M. Jiménez*
                                                           CLEMENTE M. JIMÉNEZ
                                                           Attorney for Angel Barraza-Garcia

**ORDER**

The Court having, received, read, and considered the parties' stipulation, and good cause appearing therefrom,

IT IS ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The status conference in the above-entitled matter scheduled for July 22, 2021, at 10:00 a.m., is hereby vacated and the matter continued to September 9, 2021, at 10:00 a.m.

Based on the parties' representations, the Court finds and orders that 1) the time from the date of the parties' stipulation, July 20, 2021, to and including the September 9, 2021, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

IT IS SO ORDERED.

Dated:  July 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE