CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Angel Barraza-Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ANGEL BARRAZA-GARCIA, et al.,<br><br>   Defendants | Case No.: 2:19-CR-168 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:   October 6, 2022<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, counsel for Plaintiff, Assistant Federal Defender Mia Krager, counsel for Defendant Doroteo Garcia, and attorney Clemente M. Jiménez, counsel for Defendant Angel Barraza-Garcia, that the status conference currently scheduled for October 6, 2022, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on November 17, 2022, at 9:30 a.m.  Defense counsel will require additional time to confer with their respective clients, review discovery, and conduct further investigation, as necessary.

    IT IS FURTHER STIPULATED the Court find and order that 1) time from the date of the parties' stipulation, October 4, 2022, to and including the November 17, 2022, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant

to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served in granting the request outweigh the best interests of the public and the defendant to a speedy trial.

DATED: October 4, 2022

Phillip Talbert
United States Attorney
*/s/ James Conolly*
By: JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

DATED: October 4, 2022

*/s/ Clemente M. Jiménez*
CLEMENTE M. JIMÉNEZ
Attorney for Angel Barraza-Garcia

DATED: October 4, 2022

Heather Williams
Federal Defender
*/s/ Mia Krager*
By: MIA KRAGER
Assistant Federal Defender
Attorney for Doroteo Garcia

# ORDER

The Court having, received, read, and considered the parties' stipulation, and good cause appearing therefrom,

IT IS ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The status conference in the above-entitled matter scheduled for October 6, 2022, at 9:30 a.m., is hereby vacated and the matter continued to November 17, 2022, at 9:30 a.m.

Based on the parties' representations, the Court finds and orders that 1) the time from the date of the parties' stipulation, October 4, 2022, to and including the November 17, 2022, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 2) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

This 4th day of October, 2022.

_____
Troy L. Nunley
United States District Judge