CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANGEL BARRAZA-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL BARRAZA-GARCIA,<br><br>Defendants. | Case No.: 2:19-cr-168 TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:  February 9, 2023<br>TIME:  9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ANGEL BARRAZA-GARCIA, that the sentencing hearing scheduled for February 9, 2023, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on March 23, 2023, at 9:30 a.m. for judgment and sentencing. The parties further request that the schedule of disclosure be modified as follows:

//
//
//
//
//

01/09/23

| | | |
|---|---|---|
| Draft PSR Due: | | 2/9/2023 |
| Informal Objections Due: | | 2/23/2023 |
| Final PSR due: | | 3/2/2023 |
| Motion for Correction: | | 3/9/2023 |
| Reply, or Non-Opposition: | | 3/16/2023 |
| J&S: | | 3/23/2023 |

DATED:     January 5, 2023          /S/     James Conolly
                                    Phillip Talbert
                                    by JAMES CONOLLY
                                    Attorney for Plaintiff


                                    /S/     Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for ANGEL BARRAZA-GARCIA


## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for February 9, 2023, at 9:30 a.m. be vacated and the matter continued to March 23, 2023, at 9:30 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED, that the schedule of disclosure be modified as proposed.

This 9th day of January, 2023.

                                    _____
                                    Troy L. Nunley
                                    United States District Judge

01/09/23